IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

FEDERACION NACIONAL AUTONOMA
DE FUTBOL DE HONDURAS, a
Honduras company,

        Plaintiff,

v.

TRAFFIC SPORTS USA, INC. f/k/a/
INTER FOREVER SPORTS, INC.,
a Florida corporation,

        Defendant.
_____/

## PETITIONER FEDERACION NACIONAL AUTONOMA DE FUTBOL DE HONDURAS' MOTION FOR A STAY AND A PRELIMINARY INJUNCTION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 4 ("FAA"), in conjunction with the Inter-American Commercial Arbitration Convention ("Inter-American Convention"), implemented by 9 U.S.C. §§ 301 and 303 of the FAA and Rule 65(a) of the Federal Rules of Civil Procedure, Petitioner Federacion Nacional Autonoma de Futubol de Honduras ("Fenafuth") moves this Court for the entry of a stay and a preliminary injunction:

(1) Staying Case No. 06-10820 CA 02 in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida assigned to the Honorable Ronald M. Friedman; and

(2) Enjoining Respondent Traffic Sports USA, Inc. ("Traffic Sports"), individually, and through its agents and all persons in active concert and participation with it, from seeking contempt sanctions from the Honorable Ronald M. Friedman of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and from proceeding forward



with the state court judge's court-created and supervised arbitration of Traffic Sports' claims before the Honorable David Tobin and pursuant to the procedural rules of the American Arbitration Association.

Unless this Motion for a Stay and Preliminary Injunction is granted, Petitioner Fenafuth will suffer immediate and irreparable injury, loss, and damage to its contractual and federally protected arbitration rights.

In support of this Motion for a Stay and Preliminary Injunction Petitioner Fenafuth submits the accompanying Verified Petition to Compel Arbitration and to Stay and Permanently Enjoin Florida State Court's Impermissible Arbitration and Memorandum of Law.

WHEREFORE, Petitioner Fenafuth requests that the Court enter an Order:

(1) Staying Case No. 06-10820 CA 02 in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida assigned to the Honorable Ronald M. Friedman; and

(2) Enjoining Respondent Traffic Sports, individually, and through its agents and all persons in active concert and participation with it, from seeking contempt sanctions from the Honorable Ronald M. Friedman of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and from proceeding forward with the state court judge's created and supervised arbitration of Traffic Sports' claims before the Honorable David Tobin and pursuant to the procedural rules of the American Arbitration Association.

Michael Diaz, Jr.
Florida Bar No. 606774
Scott A. Burr
Florida Bar No. 0099325
Robert T. Rigal

Florida Bar No. 388548
DIAZ REUS ROLFF & TARG, LLP
100 Southeast 2nd Street, Suite 2600
Miami, Florida 33131
Phone: (305) 375-9220
Telefax: (305) 375-8050
E-Mail: info@drrtlaw.com

*Counsel for Plaintiff*
*Federacion Nacional l Autonoma de Futubol*
*de Honduras*

DATE: September 19, 2006