# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 01, 2008

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL 33128-1813



REC'D by ____ D.C.
OCT - 6 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Appeal Number: 08-10227-BB**
Case Style: Federacion Nacional v. Traffic Sports USA, Inc.
District Court Number: 06-22359 CV-JAL

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Camp (404) 335-6171

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

08-10227-BB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 01 2008
THOMAS K. KAHN
CLERK

FEDERACION NACIONAL AUTONOMA
DE FUTBOL DE HONDURAS,
Honduras Company,

                                                  Plaintiff-Appellant,

versus

TRAFFIC SPORTS USA, INC.,
a Florida corporation
f.k.a. Inter Forever Sports, Inc.,

                                                  Defendant-Appellee.

---------------------------

On Appeal from the United States District Court for the
Southern District of Florida

---------------------------

BEFORE: BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

Appellant's "suggestion of mootness," construed as a motion for voluntary dismissal of this appeal with prejudice, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jan S. Camy
Deputy Clerk
Atlanta, Georgia